_____

_____

_____

_____

| 37 | 38 | 39 | 40 |
| 29 | 30 | 31 | 32 |
| 21 | 22 | 23 | 24 |
| 13 | 14 | 15 | 16 |

| 41 | 42 | 43 | 44 |
| 33 | 34 | 35 | 36 |
| 25 | 26 | 27 | 28 |
| 17 | 18 | 19 | 20 |

| 12 | 6 |
| 11 | 5 |
| 10 | 4 |
| 9 | 3 |
| 8 | 2 |
| 7 | 1 |