# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| The Ohio Bell Telephone Company, Inc, <br><br> Plaintiff, <br><br> v. <br><br> Global NAPs Ohio, Inc., et al., <br><br> Defendants, | Case No.: 2:06 CV 00549 <br><br> Judge Algenon L. Marbley <br><br> Magistrate Kemp <br><br> Related to Docket Nos. 161, 162, 163, 164, 165 |

## AGREED ORDER

This matter is before the Court on Defendants' Motion to Seal Certain Summary Judgment Exhibits and to File on CD (the "Motion to Seal," Dkt. No. 161). Thereafter, Plaintiff filed its Response in Opposition to Defendants' Motion to Seal (Dkt. No. 165).

Since Defendants filed their Motion to Seal, the parties have agreed that, within ten (10) days of the entry of this Order, Defendants will file the deposition transcript of Robert E. Johnson (Exhibit D to the Defendants' Motion for Summary Judgment, Dkt. No. 163, and currently filed under seal pursuant to Dkt. No. 164) on the CM/ECF system. Defendants will also file within ten (10) days of the entry of this Order a redacted version of the Declaration of Brad Masuret (also attached to Defendants' Motion for Summary Judgment, Dkt. No. 163, and currently filed under seal pursuant to Dkt. No. 164) on the CM/ECF system. With this agreement, Plaintiff does not oppose the remaining portions of Defendants' Motion to Seal (Dkt. No. 161).

Accordingly, for good cause shown, Defendants' Motion to Seal (Dkt. No. 161) is hereby **GRANTED**.

**IT IS SO ORDERED.**

**/s Algenon L. Marbley**
Algenon L. Marbley
United States District Judge

**Dated: December 18, 2009**

**AGREED:**

| | |
|---|---|
| */s/ Sarah Morrison* | */s/ Mark Stemm* |
| *Eric Osterberg* | Mark S. Stemm (0023146) Trial Attorney |
| | Daniel R. Conway (0023058) |
| Joseph M. Pastore, III | PORTER WRIGHT MORRIS & ARTHUR, LLP |
| Dana Katz | 41 South High Street |
| FOX ROTHSCHILD LLP | Columbus, OH 43215-6194 |
| One Landmark Square, 21st Floor | Tel: (614) 227-2000 |
| Stamford, CT 06901-2601 | Fax: (614) 227-2100 |
| Tel: (203) 425-1510 | |
| Fax: (203) 425-9500 | - and - |
| | |
| - and - | Christian F. Binnig |
| | Dennis G. Friedman |
| Sarah D. Morrison (0068035) Trial Attorney | J. Tyson Covey |
| Gerhardt A. Gosnell II (0064919) | Hans J. Germann |
| CHESTER, WILLCOX & SAXBE LLP | MAYER BROWN LLP |
| 65 East State Street, Suite 100 | 71 South Wacker Drive |
| Columbus, Ohio 43215 | Chicago, IL 60606 |
| Tel: (614) 221-4000 | Tel: (312) 782-0600 |
| Fax: (614) 221-4012 | Fax: (312) 701-7711 |
| | |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |