## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

THE OHIO BELL TELEPHONE COMPANY, INC.,   )
          )
        Plaintiff,          )
          )   Case No. 2:06-cv-549
    v.             )   Judge Marbley
          )
GLOBAL NAPS OHIO, INC., ET AL.,       )   Magistrate Judge Kemp
          )
        Defendants.      )

## ORDER

    This matter is before the Court on the joint motion for stay submitted by Plaintiff Ohio

Bell Telephone Company ("AT&T Ohio"), Defendants Global NAPs Ohio, Inc., Global NAPs,

Inc., Global NAPs Networks, Inc., Global NAPs Realty, Inc., Global NAPs New Hampshire,

Inc., and Ferrous Miner Holdings, Ltd. ("Defendants"), and the receiver appointed by Judge

Zobel of the District of Massachusetts to identify, preserve, and safeguard the assets, and to

make all business decisions over the assets and operations, of certain Defendants ("the

Receiver").

    For good cause shown, the motion is **GRANTED.** This action will be and is hereby

STAYED for a period of 180 days, effective from the date of entry of this Order.

DATED: Ja. 25, 2011