# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE OHIO BELL TELEPHONE COMPANY, INC., | |
| Plaintiff, | Case No. 2:06-cv-549 |
| v. | Judge Marbley |
| GLOBAL NAPS OHIO, INC., ET AL., | Magistrate Judge Kemp |
| Defendants. | |

## ORDER

This matter is before the Court on the joint motion for extension of stay submitted by Plaintiff Ohio Bell Telephone Company ("AT&T Ohio"), Defendants Global NAPs Ohio, Inc., Global NAPs, Inc., Global NAPs Networks, Inc., Global NAPs Realty, Inc., Global NAPs New Hampshire, Inc., and Ferrous Miner Holdings, Ltd. ("Defendants"), and the Receiver appointed by Judge Zobel of the District of Massachusetts to identify, preserve, and safeguard the assets, and to make all business decisions over the assets and operations, of certain Defendants ("the Receiver").

For good cause shown, the motion is **GRANTED**. This action will be and is hereby STAYED for a period of 120 days, effective from the date of entry of this Order.

DATED: July 26, 2011